# SUPREME COURT OF HAWAI'I

### September 3, 1997

| | | |
|---|---|---|
| 20180 | Greyson v. State | Affirmed |
| 19589 | State v. Severo Mupas | Vacated |

### September 8, 1997

| | | |
|---|---|---|
| 20357 | Doe Children, In Interest of | Affirmed |
| 20144 | State v. Antonio | Affirmed |
| 20156 | State v. Robinson | Affirmed |
| 19200 | Vasquez v. Zackious | Affirmed |

### September 9, 1997

| | | |
|---|---|---|
| 20303 | State v. Caminos | Affirmed |
| 19419 | State v. Cogen | Affirmed |
| 20261 | State v. Mara | Affirmed . |

### September 10, 1997

| | | |
|---|---|---|
| 19499 | State v. Ponomcillo | Affirmed |

### September 17, 1997

| | | |
|---|---|---|
| 19489 | Boyle v. State Farm Mut. Auto. Ins. Co. | Affirmed |
| 19697 | Hawaii State AFL–CIO v. Matayoshi | Affirmed |

### September 18, 1997

| | | |
|---|---|---|
| 19465 | Chambliss v. State | Affirmed |
| 19444 | Jaffarian, Matter of | Affirmed |

### September 19, 1997